**Order entered February 1, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00566-CV

### SUSAN ELIZABETH WRIGHT, Appellant

### V.

### JAMES TURNER WRIGHT, Appellee

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-24919**

## ORDER

Before the Court is appellant's January 28, 2021 motion for an extension of time to file her reply brief. We **GRANT** the motion and extend the time to **February 5, 2021**.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE